Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
Shajimon Antony                                   Case No. 15-08373
Ansamma Antony                                    Account No. 4935


NATIONSTAR MORTGAGE LLC                           Shajimon Antony
PO BOX 619094                                     Ansamma Antony
DALLAS, TX 75261-9741                             10 E Lemoyne Ave
                                                  Lombard, IL 60148

                                                  GERACI LAW LLC
                                                  55 E MONROE #3400
                                                  CHICAGO, IL 60603


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on August 22, 2016.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on August 22, 2016.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888